DANIEL J. BRODERICK, Bar #89424
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ISAIAS MELCHOR-BANUELOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:09-cr-0433 LJO |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER RE: STIPULATION TO CONTINUE STATUS CONFERENCE |
| ISAIAS MELCHOR-BANUELOS, | ) | |
| Defendant. | ) | Date:  February 12, 2010<br>Time:  9:00 a.m.<br>Judge:  Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for January 15, 2010, **may be continued to February 12, 2010 at 9:00 A.M.**

This continuance is requested by counsel for defendant because counsel is having trouble communicating with defendant and needs additional time to assess and attempt to resolve this problem, if possible. The requested continuance is intended to conserve time and resources for all parties and the court.

///

 ///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) & (iv).

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: January 12, 2010   By: | /s/ Susan Phan<br>SUSAN PHAN<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  |  |
|  | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: January 12, 2010   By: | /s/ Peggy Sasso<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>Isaias Melchor-Banuelos |

## **O R D E R**

**The stipulation states good cause for the requested continuance.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) & (iv).

IT IS SO ORDERED.

Dated:   **January 12, 2010**          /s/ Lawrence J. O'Neill
                                                             UNITED STATES DISTRICT JUDGE

Melchor-Banuelos Stip and Order                    2