BENJAMIN B. WAGNER
United States Attorney
SUSAN PHAN
Assistant United States Attorney
1130 O Street, Room 3654
Fresno, California 93721
Telephone: (559) 498-7272

DANIEL BRODERICK, Bar # 89424
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ISAIAS MELCHOR-BANUELOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:09-cr-00433 LJO |
| Plaintiff, | ORDER RE COMPETENCY TO STAND TRIAL (18 U.S.C. § 4241(d)); Vacating Status Hearing and Setting New Status Hearing. |
| v. | |
| ISAIAS MELCHOR-BANUELOS, | |
| Defendant. | |

Based on the psychiatric examination and report of Dr. Laura Geiger, it appears pursuant to 18 U.S.C. §§ 4241(d) that  there is reasonable cause to believe that Mr. Melchor-Banuelos is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Pursuant to 18 U.S.C. § 4241(d)(1), the court hereby commits the defendant to the custody of the Attorney General.  The Attorney General shall hospitalize the defendant for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a

substantial probability that in the foreseeable future he will attain the capacity to permit the trial to proceed.

At the end of the four month period, the director of the facility will certify that Mr. Melchor-Banuelos has attained the capacity to permit the trial to proceed or that his condition has not so improved as to permit the trial to proceed pursuant to 18 U.S.C. § 4241, and the court shall hold a hearing pursuant to the provisions of 18 U.S.C. §4247 (d).  All time will be excluded in computing the time within which the trial of Defendant's current offense must commence pursuant to 18 U.S.C. §§ 3161(h)(1)(A) & (h)(4).

**The status hearing currently set for February 12, 2010 is hereby vacated, and a new status hearing is set for 9 a.m. on June 11, 2010.**

IT IS SO ORDERED.

**Dated:   February 11, 2010**             /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE