1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   PEGGY SASSO, CA Bar #228906
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561

5

6   Attorney for Defendant
    ISAIAS MELCHOR-BANUELOS

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )
                                       )   NO. 1:09-cr-0433 LJO
12              Plaintiff,             )
                                       )   STIPULATION TO CONTINUE  STATUS
13         v.                          )   CONFERENCE;  ORDER
                                       )
14  ISAIAS MELCHOR-BANUELOS,           )
                                       )   Date:  August 6, 2010
15              Defendant.             )   Time:  8:45 a.m.
    _____    )   Judge: Lawrence J. O'Neill
16

17      **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

18  counsel that the status conference in the above-captioned matter now set for June 11, 2010, **may be**

19  **continued to August 6, 2010 at 9:00 A.M.**

20      This continuance is requested by both parties.  Pursuant to this Court's order, Mr. Melchor-

21  Banuelos was admitted to the Mental Health Unit of FMC-Butner on March 8, 2010.  In a letter to the

22  Court from Butner dated March 17, 2010, the Mental Health Unit stated that it anticipated completing its

23  evaluation by July 5, 2010.  The requested continuance is intended to conserve time and resources for all

24  parties and the court.

25  ///

26  ///

27  ///

28  ///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) & (iv).

BENJAMIN B. WAGNER
United States Attorney

Dated:  June 9, 2010              By:      /s/ Susan Phan
                                           SUSAN PHAN
                                           Assistant United States Attorney
                                           Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

Dated: June 9, 2010               By:      /s/ Peggy Sasso
                                           PEGGY SASSO
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           ISAIAS MELCHOR-BANUELOS


**O R D E R**

Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) & (iv).  The Court has received and reviewed the letter dated March 17, 2010 from the Complex Warden as well, and finds that there is GOOD CAUSE for the continuance.  It is granted, however due to the nature of the hearing, it will be on the date requested, but at 8:45 a.m.


IT IS SO ORDERED.

**Dated:    June 9, 2010            /s/ Lawrence J. O'Neill**
                                   UNITED STATES DISTRICT JUDGE