DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ISAIAS MELCHOR-BANUELOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:09-cr-00433 LJO |
| Plaintiff, | STIPULATION TO ADVANCE STATUS CONFERENCE HEARING; ORDER |
| v. | |
| ISAIAS MELCHOR-BANUELOS, | Date: November 5, 2010 |
| Defendant. | Time: 8:30 a.m. |
| | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Susan Phan, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Isaias Melchor-Banuelos, that the hearing currently set for November 18, 2010, **may be advanced and rescheduled to November 5, 2010 at 8:30 a.m.**

It is the parties' understanding that the 28 CFR §549.43 administrative hearing ordered by this Court on August 19, 2010, was conducted on October 20, 2010. It is appropriate, therefore, for the parties to return to court to discuss Mr. Melchor-Banuelos continued presence at Butner Medical Center. The requested advancement will conserve time and resources for both counsel and the court.

///

///

///

///

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: October 21, 2010 | /s/ Susan Phan<br>SUSAN PHAN<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| Dated: October 21, 2010 | /s/ Peggy Sasso<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>Isaias Melchor-Banuelos |

IT IS SO ORDERED.

**Dated:    October 25, 2010**                    **/s/ Lawrence J. O'Neill**
                                                                  UNITED STATES DISTRICT JUDGE