```
BENJAMIN B. WAGNER
United States Attorney
SUSAN PHAN
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>        Plaintiff,        )<br>  )<br>    v.                      )<br>  )<br>ISAIAS MELCHOR-BANUELOS,    )<br>  )<br>        Defendant.          )<br>_____ ) | CASE NO. 1:09-CR-00433 LJO<br><br>ORDER: MOTION TO FILE EXHIBITS<br>UNDER SEAL |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Exhibits to Government's Memorandum Re: 1st Factor for *Sell* Hearing in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court.  Good cause exists to seal the documents because they contain sensitive and confidential information.

Date: December 14, 2010                /s/ Lawrence J. O'Neill
_____        HONORABLE LAWRENCE J. O'NEILL
                                       United States District Judge

1