BENJAMIN B. WAGNER
United States Attorney
SUSAN PHAN
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>ISAIAS MELCHOR-BANUELOS,<br><br>        Defendant. | 1:09-CR-00433 LJO<br><br>ORDER FOR DISMISSAL OF<br>INDICTMENT WITHOUT PREJUDICE |

    Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed herein be dismissed against defendant ISAIAS MELCHOR-BANUELOS without prejudice and in the interest of justice.

IT IS SO ORDERED.

**Dated:   January 13, 2011**          /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE